No. 01–7842.  WOODALL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7961.  MARTINEZ v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–8135.  COLLINS, AKA SMALL, AKA DAVIS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–8210.  DELONG v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–8242.  PRICE, AKA ANDERSON v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 01–8300.  SNOW v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 01–8305.  SUMPTER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–8317.  RAMON PERULENA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–8454.  CROMARTIE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–8462.  COOPER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–8508.  NATIVIDAD v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 01–8596.  BARREIRO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–8875.  BANKS v. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–9151.  OLSEN v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.